**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-20260**

_____

**LYNN WRIGHT,**

**Plaintiff-Appellant,**

**versus**

**CITY OF HUMBLE, TX,,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Southern District of Texas
Civil Docket #H-99-CV-510
_____
February 13, 2001

Before REYNALDO G. GARZA, DAVIS, and JONES, Circuit Judges.

PER CURIAM:[*]

The court has considered this appeal in light of the briefs, oral arguments, and pertinent portions of the record. Having done so, we find no reversible error and affirm for essentially the reasons stated by the district judge. In particular, we conclude that this case falls within the narrow range of cases cited by the Supreme Court in <u>Reeves v. Sanderson Plumbing</u>, 530 U.S. 133, 120 S.Ct. 2097, 2105 (2000), in which any direct or circumstantial evidence of age discrimination is far

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

overshadowed by the employer's evidence of legitimate non-discriminatory grounds for Wright's demotion. Summary judgment was therefore properly granted to the defendant.

AFFIRMED.